■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GERRY McMANUS, Appellant. [669 NYS2d 836] —Appeal by the defendant from a judgment of the Supreme Court, Richmond County (Kuffner, J.), rendered April 26, 1994, convicting him of sodomy in the second degree (two counts), rape in the second degree, sexual abuse in the second degree (three counts), and endangering the welfare of a child (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's claim concerning the legal sufficiency of the evidence is unpreserved for appellate review (*see,* CPL 470.05 [2]; *People v Gray,* 86 NY2d 10; *People v Bynum,* 70 NY2d 858). In any event, viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's sentence was neither harsh nor excessive (*see, People v Suitte,* 90 AD2d 80). Sullivan, J. P., Friedmann, Florio and Luciano, JJ., concur.